**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: LAU, OTTO                               § Case No. 08-09907-BWB
       LAU, SHARLENE                           §
                                               §
Debtor(s)                                      §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

   THOMAS B. SULLIVAN, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $88,060.00                    Assets Exempt: $7,860.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $107,353.00    Claims Discharged
                                                Without Payment: $0.00

Total Expenses of Administration: $259,993.23

---

   3) Total gross receipts of $ 400,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 32,653.77 (see **Exhibit 2**), yielded net receipts of $367,346.23 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $4,324.04 | $4,324.04 | $4,324.04 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 264,707.20 | 259,993.23 | 259,993.23 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 103,028.96 | 103,028.96 | 103,028.96 |
| **TOTAL DISBURSEMENTS** | $0.00 | $372,060.20 | $367,346.23 | $367,346.23 |

4) This case was originally filed under Chapter 7 on April 22, 2008. The case was pending for 67 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/10/2013           By: /s/THOMAS B. SULLIVAN, TRUSTEE
                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| PENDING MALPRACTICE CASE | 1149-000 | 400,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$400,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| SHARLENE LAU | EXEMPTION TO DEBTOR | 8100-002 | 15,000.00 |
| LAU, OTTO | Dividend paid 100.00% on $17,653.77; Claim# SURPLUS; Filed: $17,653.77; Reference: | 8200-002 | 0.00 |
| SHARLENE LAU | DIVIDEND PAID 100% ON $17,653.77; CLAIM# SURPLUS; FILED $17,653.77 | 8200-002 | 17,653.77 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$32,653.77** |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | MEDICARE | 4210-000 | N/A | 4,324.04 | 4,324.04 | 4,324.04 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$4,324.04** | **$4,324.04** | **$4,324.04** |

**UST Form 101-7-TDR (10/1/2010)**

### EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| THOMAS B. SULLIVAN, TRUSTEE | 2100-000 | N/A | 21,617.31 | 21,617.31 | 21,617.31 |
| ANTHONY RACCUGLIA & ASSOCIATES, PC | 3210-600 | N/A | 133,333.33 | 133,333.33 | 133,333.33 |
| ANTHONY RACCUGLIA & ASSOCIATES, PC | 3220-610 | N/A | 104,378.80 | 104,378.80 | 104,378.80 |
| INNOVALAW, PC | 3110-000 | N/A | 4,377.50 | 0.00 | 0.00 |
| INNOVALAW, PC | 3120-000 | N/A | 336.47 | 0.00 | 0.00 |
| Rabobank, N.A. | 2600-000 | N/A | 132.79 | 132.79 | 132.79 |
| Rabobank, N.A. | 2600-000 | N/A | 531.00 | 531.00 | 531.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $264,707.20 | $259,993.23 | $259,993.23 |

### EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Midland Funding LLC | 7100-000 | N/A | 479.00 | 479.00 | 479.00 |
| 1I | Midland Funding LLC | 7990-000 | N/A | 42.17 | 42.17 | 42.17 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | Midland Funding LLC | 7100-000 | N/A | 312.02 | 312.02 | 312.02 |
| 2I | Midland Funding LLC | 7990-000 | N/A | 27.47 | 27.47 | 27.47 |
| 3 | Midland Funding LLC | 7100-000 | N/A | 2,327.67 | 2,327.67 | 2,327.67 |
| 3I | Midland Funding LLC | 7990-000 | N/A | 204.90 | 204.90 | 204.90 |
| 4 | Midland Funding LLC | 7100-000 | N/A | 1,361.22 | 1,361.22 | 1,361.22 |
| 4I | Midland Funding LLC | 7990-000 | N/A | 119.83 | 119.83 | 119.83 |
| 5 | Midland Funding LLC | 7100-000 | N/A | 3,568.62 | 3,568.62 | 3,568.62 |
| 5I | Midland Funding LLC | 7990-000 | N/A | 314.14 | 314.14 | 314.14 |
| 6 | Midland Funding LLC | 7100-000 | N/A | 2,605.75 | 2,605.75 | 2,605.75 |
| 6I | Midland Funding LLC | 7990-000 | N/A | 229.38 | 229.38 | 229.38 |
| 7 | CLERK OF THE U.S. BANKRUPTCY COURT - HSBC Bank Nevada, | 7100-001 | N/A | 167.49 | 167.49 | 167.49 |
| 7I | CLERK OF THE U.S. BANKRUPTCY COURT - HSBC Bank Nevada, | 7990-001 | N/A | 14.74 | 14.74 | 14.74 |
| 8 -3 | CHASE BANK USA, NA | 7100-000 | N/A | 1,366.50 | 1,366.50 | 1,366.50 |
| 8I-3 | CHASE BANK USA, NA | 7990-000 | N/A | 120.29 | 120.29 | 120.29 |
| 9 -3 | CHASE BANK USA, NA | 7100-000 | N/A | 5,544.29 | 5,544.29 | 5,544.29 |
| 9I-3 | CHASE BANK USA, NA | 7990-000 | N/A | 488.06 | 488.06 | 488.06 |
| 10 | State Farm Bank | 7100-000 | N/A | 9,514.66 | 9,514.66 | 9,514.66 |
| 10I | State Farm Bank | 7990-000 | N/A | 837.57 | 837.57 | 837.57 |
| 11 | Chase Bank USA,N.A | 7100-000 | N/A | 232.60 | 232.60 | 232.60 |
| 11I | Chase Bank USA,N.A | 7990-000 | N/A | 20.48 | 20.48 | 20.48 |
| 12 | PYOD LLC its successors and assigns as assignee of | 7100-000 | N/A | 497.70 | 497.70 | 497.70 |
| 12I | PYOD LLC its successors and assigns as assignee of | 7990-000 | N/A | 43.81 | 43.81 | 43.81 |
| 13 | PYOD LLC its successors and assigns as assignee of | 7100-000 | N/A | 11,192.97 | 11,192.97 | 11,192.97 |
| 13I | PYOD LLC its successors and assigns as assignee of | 7990-000 | N/A | 985.31 | 985.31 | 985.31 |
| 14 | PYOD LLC its successors and assigns as assignee of | 7100-000 | N/A | 890.61 | 890.61 | 890.61 |
| 14I | PYOD LLC its successors and assigns as assignee of | 7990-000 | N/A | 78.40 | 78.40 | 78.40 |
| 15 | PYOD LLC its successors and assigns as assignee of | 7100-000 | N/A | 325.46 | 325.46 | 325.46 |
| 15I | PYOD LLC its successors and assigns as assignee of | 7990-000 | N/A | 28.65 | 28.65 | 28.65 |
| 16 | PYOD LLC its successors and assigns as assignee of | 7100-000 | N/A | 1,565.18 | 1,565.18 | 1,565.18 |
| 16I | PYOD LLC its successors and assigns as assignee of | 7990-000 | N/A | 137.78 | 137.78 | 137.78 |
| 17 | PYOD LLC its successors and assigns as assignee of | 7100-000 | N/A | 3,613.90 | 3,613.90 | 3,613.90 |
| 17I | PYOD LLC its successors and assigns as assignee of | 7990-000 | N/A | 318.13 | 318.13 | 318.13 |
| 18 | eCAST Settlement Corporation assignee of | 7100-000 | N/A | 281.98 | 281.98 | 281.98 |
| 18I | eCAST Settlement Corporation assignee of | 7990-000 | N/A | 24.82 | 24.82 | 24.82 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 19 | LVNV Funding LLC | 7100-000 | N/A | 18,822.74 | 18,822.74 | 18,822.74 |
| 19I | LVNV Funding LLC | 7990-000 | N/A | 1,656.96 | 1,656.96 | 1,656.96 |
| 20 | PYOD LLC its successors and assigns as assignee of | 7100-000 | N/A | 4,864.09 | 4,864.09 | 4,864.09 |
| 20I | PYOD LLC its successors and assigns as assignee of | 7990-000 | N/A | 428.18 | 428.18 | 428.18 |
| 21 | FIA CARD SERVICES, N.A./BANK OF AMERICA | 7100-000 | N/A | 2,463.79 | 2,463.79 | 2,463.79 |
| 21I | FIA CARD SERVICES, N.A./BANK OF AMERICA | 7990-000 | N/A | 216.89 | 216.89 | 216.89 |
| 22 | FIA CARD SERVICES, N.A./BANK OF AMERICA | 7100-000 | N/A | 8,413.67 | 8,413.67 | 8,413.67 |
| 22I | FIA CARD SERVICES, N.A./BANK OF AMERICA | 7990-000 | N/A | 740.65 | 740.65 | 740.65 |
| 23 | FIA CARD SERVICES, N.A./BANK OF AMERICA | 7100-000 | N/A | 9,379.41 | 9,379.41 | 9,379.41 |
| 23I | FIA CARD SERVICES, N.A./BANK OF AMERICA | 7990-000 | N/A | 825.67 | 825.67 | 825.67 |
| 24 | Wells Fargo Bank NA | 7200-000 | N/A | 4,901.85 | 4,901.85 | 4,901.85 |
| 24I | Wells Fargo Bank NA | 7990-000 | N/A | 431.51 | 431.51 | 431.51 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $103,028.96 | $103,028.96 | $103,028.96 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 08-09907-BWB  
**Case Name:** LAU, OTTO  
             LAU, SHARLENE  
**Period Ending:** 12/10/13  

**Trustee:** (330180) THOMAS B. SULLIVAN, TRUSTEE  
**Filed (f) or Converted (c):** 04/22/08 (f)  
**§341(a) Meeting Date:** 05/27/08  
**Claims Bar Date:** 09/09/08  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 2406 4TH STREET, PERU, IL | 80,000.00 | 0.00 | | 0.00 | FA |
| 2 | CASH ON HAND | 10.00 | 0.00 | | 0.00 | FA |
| 3 | CHECKING | 100.00 | 0.00 | | 0.00 | FA |
| 4 | SAVINGS | 200.00 | 0.00 | | 0.00 | FA |
| 5 | MISC HOUSEHOLD GOODS | 1,500.00 | 0.00 | | 0.00 | FA |
| 6 | WEARING APPAREL | 50.00 | 0.00 | | 0.00 | FA |
| 7 | NORTHWESTERN MUTUAL - WHOLE LIFE | 200.00 | 0.00 | | 0.00 | FA |
| 8 | PENSION - THE MARINE CORP | Unknown | 0.00 | | 0.00 | FA |
| 9 | 2002 HONDA | 5,000.00 | 0.00 | | 0.00 | FA |
| 10 | 1992 FORD | 1,000.00 | 0.00 | | 0.00 | FA |
| 11 | PENDING MALPRACTICE CASE | Unknown | Unknown | | 400,000.00 | FA |
| 11 | **Assets** Totals (Excluding unknown values) | **$88,060.00** | **$0.00** | | **$400,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

    PURSUING MALPRACTICE CASE; FUNDS RECEIVED JANUARY 23, 2013; SETTLEMENT REACHED 11/16/12 ORDERED ENTERED APPROVING $400,000.00 SETTLEMENT; UNCLAIMED FUNDS PAID TO CLERK OF US BANKRUPTCY COURT ON NOVEMBER 19, 2013; AWAITING CLEARANCE OF SAME TO CLOSE CASE

**Initial Projected Date Of Final Report (TFR):**  December 31, 2009      **Current Projected Date Of Final Report (TFR):**  May 23, 2013  (Actual)

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 08-09907-BWB
**Case Name:** LAU, OTTO
LAU, SHARLENE
**Taxpayer ID #:** **-***9750
**Period Ending:** 12/10/13

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)
**Bank Name:** Rabobank, N.A.
**Account:** ****936666 - Checking Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 01/23/13 | {11} | ISMIE MUTUAL INS CO | SETTLEMENT OF INJURY LITIGATION | 1149-000 | 4,324.04 | | 4,324.04 |
| 01/23/13 | | ISMIE MUTUAL INS CO | SETTLEMENT OF INJURY LITIGATION | | 395,675.96 | | 400,000.00 |
| | {11} | ISMIE MUTUAL INS CO | SETTLEMENT OF INJURY LITIGATION 400,000.00 | 1149-000 | | | 400,000.00 |
| | | MEDICARE | PAYMEN TOF LIEN TO MEDICARE -4,324.04 | 4210-000 | | | 400,000.00 |
| 01/23/13 | {11} | ISMIE MUTUAL INS CO | Reversed Deposit 100001 1 SETTLEMENT OF INJURY LITIGATION | 1149-000 | -4,324.04 | | 395,675.96 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 132.79 | 395,543.17 |
| 02/11/13 | 101 | SHARLENE LAU | EXEMPTION TO DEBTOR | 8100-002 | | 15,000.00 | 380,543.17 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 531.00 | 380,012.17 |
| 03/19/13 | 102 | ANTHONY C RACCUGLIA & ASSOCIATES, PC | FEES AND COSTS TO SPECIAL COUNSEL | | | 237,712.13 | 142,300.04 |
| | | | FEES 133,333.33 | 3210-600 | | | 142,300.04 |
| | | | EXPENSES 104,378.80 | 3220-610 | | | 142,300.04 |
| 07/29/13 | 103 | THOMAS B. SULLIVAN, TRUSTEE | Dividend paid 100.00% on $21,617.31, Trustee Compensation; Reference: | 2100-000 | | 21,617.31 | 120,682.73 |
| 07/29/13 | 104 | Midland Funding LLC | Dividend paid 100.00% on $479.00; Claim# 1; Filed: $479.00; Reference: | 7100-000 | | 479.00 | 120,203.73 |
| 07/29/13 | 105 | Midland Funding LLC | Dividend paid 100.00% on $312.02; Claim# 2; Filed: $312.02; Reference: | 7100-000 | | 312.02 | 119,891.71 |
| 07/29/13 | 106 | Midland Funding LLC | Dividend paid 100.00% on $2,327.67; Claim# 3; Filed: $2,327.67; Reference: | 7100-000 | | 2,327.67 | 117,564.04 |
| 07/29/13 | 107 | Midland Funding LLC | Dividend paid 100.00% on $1,361.22; Claim# 4; Filed: $1,361.22; Reference: | 7100-000 | | 1,361.22 | 116,202.82 |
| 07/29/13 | 108 | Midland Funding LLC | Dividend paid 100.00% on $3,568.62; Claim# 5; Filed: $3,568.62; Reference: | 7100-000 | | 3,568.62 | 112,634.20 |
| 07/29/13 | 109 | Midland Funding LLC | Dividend paid 100.00% on $2,605.75; Claim# 6; Filed: $2,605.75; Reference: | 7100-000 | | 2,605.75 | 110,028.45 |
| 07/29/13 | 110 | HSBC Bank Nevada, N.A. | Dividend paid 100.00% on $167.49; Claim# 7; Filed: $167.49; Reference: Voided on 08/19/13 | 7100-000 | | 167.49 | 109,860.96 |
| 07/29/13 | 111 | CHASE BANK USA, NA | Dividend paid 100.00% on $1,366.50; Claim# 8 -3; Filed: $1,366.50; Reference: | 7100-000 | | 1,366.50 | 108,494.46 |
| 07/29/13 | 112 | CHASE BANK USA, NA | Dividend paid 100.00% on $5,544.29; Claim# 9 -3; Filed: $5,544.29; Reference: | 7100-000 | | 5,544.29 | 102,950.17 |
| 07/29/13 | 113 | State Farm Bank | Dividend paid 100.00% on $9,514.66; Claim# 10; Filed: $9,514.66; Reference: | 7100-000 | | 9,514.66 | 93,435.51 |

Subtotals : $395,675.96 $302,240.45

{} Asset reference(s)

Printed: 12/10/2013 10:48 AM V.13.13

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 08-09907-BWB  
**Case Name:** LAU, OTTO  
LAU, SHARLENE  
**Taxpayer ID #:** **-***9750  
**Period Ending:** 12/10/13  

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****936666 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 07/29/13 | 114 | Chase Bank USA,N.A | Dividend paid 100.00% on $232.60; Claim# 11; Filed: $232.60; Reference: | 7100-000 | | 232.60 | 93,202.91 |
| 07/29/13 | 115 | PYOD LLC its successors and assigns as assignee of | Dividend paid 100.00% on $497.70; Claim# 12; Filed: $497.70; Reference: | 7100-000 | | 497.70 | 92,705.21 |
| 07/29/13 | 116 | PYOD LLC its successors and assigns as assignee of | Dividend paid 100.00% on $11,192.97; Claim# 13; Filed: $11,192.97; Reference: | 7100-000 | | 11,192.97 | 81,512.24 |
| 07/29/13 | 117 | PYOD LLC its successors and assigns as assignee of | Dividend paid 100.00% on $890.61; Claim# 14; Filed: $890.61; Reference: | 7100-000 | | 890.61 | 80,621.63 |
| 07/29/13 | 118 | PYOD LLC its successors and assigns as assignee of | Dividend paid 100.00% on $325.46; Claim# 15; Filed: $325.46; Reference: | 7100-000 | | 325.46 | 80,296.17 |
| 07/29/13 | 119 | PYOD LLC its successors and assigns as assignee of | Dividend paid 100.00% on $1,565.18; Claim# 16; Filed: $1,565.18; Reference: | 7100-000 | | 1,565.18 | 78,730.99 |
| 07/29/13 | 120 | PYOD LLC its successors and assigns as assignee of | Dividend paid 100.00% on $3,613.90; Claim# 17; Filed: $3,613.90; Reference: | 7100-000 | | 3,613.90 | 75,117.09 |
| 07/29/13 | 121 | eCAST Settlement Corporation assignee of | Dividend paid 100.00% on $281.98; Claim# 18; Filed: $281.98; Reference: | 7100-000 | | 281.98 | 74,835.11 |
| 07/29/13 | 122 | LVNV Funding LLC | Dividend paid 100.00% on $18,822.74; Claim# 19; Filed: $18,822.74; Reference: | 7100-000 | | 18,822.74 | 56,012.37 |
| 07/29/13 | 123 | PYOD LLC its successors and assigns as assignee of | Dividend paid 100.00% on $4,864.09; Claim# 20; Filed: $4,864.09; Reference: | 7100-000 | | 4,864.09 | 51,148.28 |
| 07/29/13 | 124 | FIA CARD SERVICES, N.A./BANK OF AMERICA | Dividend paid 100.00% on $2,463.79; Claim# 21; Filed: $2,463.79; Reference: | 7100-000 | | 2,463.79 | 48,684.49 |
| 07/29/13 | 125 | FIA CARD SERVICES, N.A./BANK OF AMERICA | Dividend paid 100.00% on $8,413.67; Claim# 22; Filed: $8,413.67; Reference: | 7100-000 | | 8,413.67 | 40,270.82 |
| 07/29/13 | 126 | FIA CARD SERVICES, N.A./BANK OF AMERICA | Dividend paid 100.00% on $9,379.41; Claim# 23; Filed: $9,379.41; Reference: | 7100-000 | | 9,379.41 | 30,891.41 |
| 07/29/13 | 127 | Wells Fargo Bank NA | Dividend paid 100.00% on $4,901.85; Claim# 24; Filed: $4,901.85; Reference: | 7200-000 | | 4,901.85 | 25,989.56 |
| 07/29/13 | 128 | Midland Funding LLC | Dividend paid 100.00% on $42.17; Claim# 1I; Filed: $42.17; Reference: | 7990-000 | | 42.17 | 25,947.39 |
| 07/29/13 | 129 | Midland Funding LLC | Dividend paid 100.00% on $27.47; Claim# 2I; Filed: $27.47; Reference: | 7990-000 | | 27.47 | 25,919.92 |
| 07/29/13 | 130 | Midland Funding LLC | Dividend paid 100.00% on $204.90; Claim# 3I; Filed: $204.90; Reference: | 7990-000 | | 204.90 | 25,715.02 |
| 07/29/13 | 131 | Midland Funding LLC | Dividend paid 100.00% on $119.83; Claim# 4I; Filed: $119.83; Reference: | 7990-000 | | 119.83 | 25,595.19 |
| 07/29/13 | 132 | Midland Funding LLC | Dividend paid 100.00% on $314.14; Claim# 5I; Filed: $314.14; Reference: | 7990-000 | | 314.14 | 25,281.05 |
| 07/29/13 | 133 | Midland Funding LLC | Dividend paid 100.00% on $229.38; Claim# 6I; | 7990-000 | | 229.38 | 25,051.67 |

Subtotals :    $0.00    $68,383.84

{} Asset reference(s)    Printed: 12/10/2013 10:48 AM    V.13.13

Exhibit 9

## Form 2
## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 08-09907-BWB  
**Case Name:** LAU, OTTO  
LAU, SHARLENE  
**Taxpayer ID #:** **-***9750  
**Period Ending:** 12/10/13  

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****936666 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Filed: $229.38; Reference: | | | | |
| 07/29/13 | 134 | HSBC Bank Nevada, N.A. | Dividend paid 100.00% on $14.74; Claim# 7I; Filed: $14.74; Reference: Stopped on 11/13/13 | 7990-000 | | 14.74 | 25,036.93 |
| 07/29/13 | 135 | CHASE BANK USA, NA | Dividend paid 100.00% on $120.29; Claim# 8I-3; Filed: $120.29; Reference: | 7990-000 | | 120.29 | 24,916.64 |
| 07/29/13 | 136 | CHASE BANK USA, NA | Dividend paid 100.00% on $488.06; Claim# 9I-3; Filed: $488.06; Reference: | 7990-000 | | 488.06 | 24,428.58 |
| 07/29/13 | 137 | State Farm Bank | Dividend paid 100.00% on $837.57; Claim# 10I; Filed: $837.57; Reference: | 7990-000 | | 837.57 | 23,591.01 |
| 07/29/13 | 138 | Chase Bank USA,N.A | Dividend paid 100.00% on $20.48; Claim# 11I; Filed: $20.48; Reference: | 7990-000 | | 20.48 | 23,570.53 |
| 07/29/13 | 139 | PYOD LLC its successors and assigns as assignee of | Dividend paid 100.00% on $43.81; Claim# 12I; Filed: $43.81; Reference: | 7990-000 | | 43.81 | 23,526.72 |
| 07/29/13 | 140 | PYOD LLC its successors and assigns as assignee of | Dividend paid 100.00% on $985.31; Claim# 13I; Filed: $985.31; Reference: | 7990-000 | | 985.31 | 22,541.41 |
| 07/29/13 | 141 | PYOD LLC its successors and assigns as assignee of | Dividend paid 100.00% on $78.40; Claim# 14I; Filed: $78.40; Reference: | 7990-000 | | 78.40 | 22,463.01 |
| 07/29/13 | 142 | PYOD LLC its successors and assigns as assignee of | Dividend paid 100.00% on $28.65; Claim# 15I; Filed: $28.65; Reference: | 7990-000 | | 28.65 | 22,434.36 |
| 07/29/13 | 143 | PYOD LLC its successors and assigns as assignee of | Dividend paid 100.00% on $137.78; Claim# 16I; Filed: $137.78; Reference: | 7990-000 | | 137.78 | 22,296.58 |
| 07/29/13 | 144 | PYOD LLC its successors and assigns as assignee of | Dividend paid 100.00% on $318.13; Claim# 17I; Filed: $318.13; Reference: | 7990-000 | | 318.13 | 21,978.45 |
| 07/29/13 | 145 | eCAST Settlement Corporation assignee of | Dividend paid 100.00% on $24.82; Claim# 18I; Filed: $24.82; Reference: | 7990-000 | | 24.82 | 21,953.63 |
| 07/29/13 | 146 | LVNV Funding LLC | Dividend paid 100.00% on $1,656.96; Claim# 19I; Filed: $1,656.96; Reference: | 7990-000 | | 1,656.96 | 20,296.67 |
| 07/29/13 | 147 | PYOD LLC its successors and assigns as assignee of | Dividend paid 100.00% on $428.18; Claim# 20I; Filed: $428.18; Reference: | 7990-000 | | 428.18 | 19,868.49 |
| 07/29/13 | 148 | FIA CARD SERVICES, N.A./BANK OF AMERICA | Dividend paid 100.00% on $216.89; Claim# 21I; Filed: $216.89; Reference: | 7990-000 | | 216.89 | 19,651.60 |
| 07/29/13 | 149 | FIA CARD SERVICES, N.A./BANK OF AMERICA | Dividend paid 100.00% on $740.65; Claim# 22I; Filed: $740.65; Reference: | 7990-000 | | 740.65 | 18,910.95 |
| 07/29/13 | 150 | FIA CARD SERVICES, N.A./BANK OF AMERICA | Dividend paid 100.00% on $825.67; Claim# 23I; Filed: $825.67; Reference: | 7990-000 | | 825.67 | 18,085.28 |
| 07/29/13 | 151 | Wells Fargo Bank NA | Dividend paid 100.00% on $431.51; Claim# 24I; Filed: $431.51; Reference: | 7990-000 | | 431.51 | 17,653.77 |
| 07/29/13 | 152 | LAU, OTTO | Dividend paid 100.00% on $17,653.77; Claim# | 8200-002 | | 17,653.77 | 0.00 |
| | | | Subtotals : | | $0.00 | $25,051.67 | |

{} Asset reference(s)  
Printed: 12/10/2013 10:48 AM   V.13.13

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 08-09907-BWB  
**Case Name:** LAU, OTTO  
LAU, SHARLENE  
**Taxpayer ID #:** **-***9750  
**Period Ending:** 12/10/13

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****936666 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | SURPLUS; Filed: $17,653.77; Reference: Voided on 07/30/13 | | | | |
| 07/30/13 | 152 | LAU, OTTO | Dividend paid 100.00% on $17,653.77; Claim# SURPLUS; Filed: $17,653.77; Reference: Voided: check issued on 07/29/13 | 8200-002 | | -17,653.77 | 17,653.77 |
| 07/30/13 | 153 | SHARLENE LAU | DIVIDEND PAID 100% ON $17,653.77; CLAIM# SURPLUS; FILED $17,653.77 | 8200-002 | | 17,653.77 | 0.00 |
| 08/19/13 | 110 | HSBC Bank Nevada, N.A. | Dividend paid 100.00% on $167.49; Claim# 7; Filed: $167.49; Reference: Voided: check issued on 07/29/13 | 7100-000 | | -167.49 | 167.49 |
| 11/13/13 | 134 | HSBC Bank Nevada, N.A. | Dividend paid 100.00% on $14.74; Claim# 7I; Filed: $14.74; Reference: Stopped: check issued on 07/29/13 | 7990-000 | | -14.74 | 182.23 |
| 11/13/13 | 154 | CLERK OF THE U.S. BANKRUPTCY COURT | UNCLAIMED FUNDS | | | 182.23 | 0.00 |
| | | | UNCLAIMED FUNDS          167.49 | 7100-001 | | | 0.00 |
| | | | UNCLAIMED FUNDS           14.74 | 7990-001 | | | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 395,675.96 | 395,675.96 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 395,675.96 | 395,675.96 | |
| Less: Payments to Debtors | | 32,653.77 | |
| **NET Receipts / Disbursements** | **$395,675.96** | **$363,022.19** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ****936666** | 395,675.96 | 363,022.19 | 0.00 |
| | $395,675.96 | $363,022.19 | $0.00 |

December 10, 2013  
Date

/s/ THOMAS B. SULLIVAN, TRUSTEE  
THOMAS B. SULLIVAN, TRUSTEE

{} Asset reference(s)

Printed: 12/10/2013 10:48 AM     V.13.13